**Order entered June 20, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01563-CR

**TRACY REBECCA SIVERT, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F12-57787-M**

## ORDER

The Court **GRANTS** appellant's motion to accept corrected brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of June 20, 2014.

/s/     DAVID EVANS
        JUSTICE